UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:23-cr-89-SPC-NPM

RODNEY ALAN HORTMAN

### PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 98). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting in the following assets:

- a. Orbic cellular telephone, Model RC545L, IMEI 355433112383090;

- b. Motorola cellular telephone, Model Mato E (4) Plus, IMSI 310120065129775;

- c. LG Verizon Smartphone, Model No. LG-VS415BPP, Cellular Telephone Device, SIN 407CYJZ0071260, MEID No. A0000034FE828E; and

- d. Gateway Computer Tower, Model No. SX2110G, Serial No. DTGDYAA001251013E09200, SNID 25100508892.

*See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 98) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE** and **ORDERED** in Fort Myers, Florida on March 6, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2