UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:23-cr-89-SPC-NPM

RODNEY ALAN HORTMAN

## FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 109). The Government seeks to have forfeited the below assets (hereinafter "Assets"), which were subject to a March 6, 2025 Preliminary Order of Forfeiture (Doc. 99):

1. Orbic cellular telephone, Model RC545L, IMEI 355433112383090;

2. Motorola cellular telephone, Model Mato E (4) Plus, IMSI 310120065129775;

3. LG Verizon Smartphone, Model No. LG-VS415BPP, Cellular Telephone Device, SIN 407CYJZ0071260, MEID No. A0000034FE828E; and

4. Gateway Computer Tower, Model No. SX2110G, Serial No. DTGDYAA001251013E09200, SNID 25100508892.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus

finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 109) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 23, 2025.

*[signature]*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

2